# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| HENRIQUE HANSON GIKO, | : | |
| --- | --- | --- |
| Petitioner, | : | |
| v. | : | No.: 4:16-CV-1783 |
| MARY SABOL, ET AL., | : | (Judge Brann) |
| Respondents. | : | |

| HENRIQUE HANSON GIKO, | : | |
| --- | --- | --- |
| Petitioner, | : | |
| v. | : | No.: 4:17-CV-1422 |
| CRAIG LOWE, | : | (Judge Brann) |
| Respondent. | : | |

## ORDER

**AND NOW**, this 16th day of October 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. The Clerk of Court is directed to **CONSOLIDATE** *Giko v. Lowe*, Civil No. 4:17-CV-1422 into *Giko v. Sabol, et al.*, Civil No. 4:16-CV-1783.

2. The Clerk of Court is directed to **CLOSE** the case of *Giko v. Lowe*, Civil No. 4:17-CV-1422.

3. Warden Lowe is deemed the sole Respondent in this matter.

4. Petitioner's request to proceed *in forma pauperis* in Civil No. 4:17-CV-1422 is **GRANTED.**

5. The Clerk of Court is directed to serve a copy of the consolidated petition, as well as this Memorandum and Order by first class mail on the Respondent and the United States Attorney.

6. Within fourteen (14) days of the date of this Order, Respondent shall file a supplemental response addressing Petitioner's status and responding to the allegations in the consolidated petitions.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge